[962 NE2d 278, 938 NYS2d 853]

MARYANN IMPERATO et al., Respondents, v MOUNT SINAI MEDICAL CENTER et al., Appellants.

Decided January 12, 2012

**APPEARANCES OF COUNSEL**

*Wilson, Elser, Moskowitz, Edelman & Dicker LLP*, New York City (*Richard E. Lerner* of counsel), for appellants.

*Arnold E. DiJoseph, P.C.*, New York City (*Arnold E. DiJoseph, III*, of counsel), for respondents.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs. The certified question should be answered by stating that the preclusion order was properly vacated.

Under the circumstances of this case, the Appellate Division correctly determined that plaintiffs demonstrated the existence of a meritorious claim for purposes of avoiding preclusion. Specifically, the expert witness disclosure submitted by plaintiffs pursuant to CPLR 3101 (d) (1) (i) detailed the expert medical opinion evidence supporting the claim.

Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur in memorandum.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, etc.